IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>LUIS PEREZ,<br><br>      Defendant. | 8:23CR10<br><br>ORDER |

  **THIS MATTER** is before the court on the motion of Beau G. Finley to withdraw as counsel for the defendant, Luis Perez (Filing No. 109). For good cause shown, the motion will be granted. John J. Ekeh, 1904 Farnam Street, Suite 610, Omaha, NE 68102-1970, (402) 345-7562, is appointed to represent the defendant for the remainder of the proceedings and shall forthwith file an appearance in this matter. Beau G. Finley's motion to withdraw (Filing No. 109) is granted.

  Beau G. Finley shall forthwith provide John J. Ekeh any discovery materials provided to the defendant by the government and any such other materials obtained by Beau G. Finley which are material to Luis Perez's defense.

  The clerk shall provide a copy of this order to John J. Ekeh and the defendant.

  **IT IS SO ORDERED.**

  Dated this 3rd day of January, 2024.

                      BY THE COURT:

                       s/ Susan M. Bazis
                       United States Magistrate Judge