# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:23CR10 |
| vs. | ) | |
| LUIS PEREZ, | ) | ORDER |
| Defendant. | ) | |

This matter came before the court for hearing by telephone on the Unopposed Motion to Continue Trial [157]. John Ekeh appeared on behalf of the defendant and explained the reason for a delay in requesting discovery from the government after his appointment as successor counsel. Joe Meyer appeared on behalf of the government and raised no objection to the requested continuance. The government will be providing discovery without further delay so this case can promptly progress to trial or a change of plea. For good cause shown,

**IT IS ORDERED** that the Unopposed Motion to Continue Trial [157] is granted, as follows:

1. The jury trial now set for June 25, 2024, is continued to **August 27, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 27, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED:** June 13, 2024.

BY THE COURT:

s/ Michael D. Nelson
**United States Magistrate Judge**